CLOSED, JURY, LC 1

## U.S. District Court
### District of South Carolina (Charleston)
### CIVIL DOCKET FOR CASE #: 2:07-cv-00780-JFA

Pellitteri et al v. LG Philips LCD Co Ltd et al
Assigned to: Chief Judge Joseph F Anderson, Jr
Cause: 15:1 Antitrust Litigation

Date Filed: 03/20/2007
Date Terminated: 05/21/2007
Jury Demand: Plaintiff
Nature of Suit: 410 Anti-Trust
Jurisdiction: Federal Question

**Plaintiff**

**Carman Pellitteri**
*and all others similarly situated*

represented by **Walter Henry Bundy, Jr**
Smith Bundy Bybee and Barnett
PO Box 1542
Mt Pleasant, SC 29464
843-881-1623
Fax: 843-881-4406
Email: whbesq@s3blaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeannie Pellitteri**
*and all others similarly situated*

represented by **Walter Henry Bundy, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
**LG Philips LCD Co Ltd**

**Defendant**
**LG Philips LCD America Inc**

**Defendant**
**LG Electronics Inc**

**Defendant**
**Royal Philips Electronics NV**

**Defendant**
**Samsung Electronics Co Ltd**

**Defendant**

Samsung Semiconductor Inc

**Defendant**

AU Optronics Corporation

**Defendant**

AU Optronics Corporation America

**Defendant**

Chi Mei Optoelectronics

**Defendant**

Chi Mei Optoelectronics USA Inc

**Defendant**

Sharp Corporation

**Defendant**

Sharp Electonics Corporation

**Defendant**

Toshiba Corporation

**Defendant**

Matsushita Display Technology Co Ltd

**Defendant**

Hitachi Ltd

**Defendant**

Hitachi Displays Ltd

**Defendant**

Hitachi America Ltd

**Defendant**

Hitachi Electronic Devices USA Inc

**Defendant**

Sanyo Epson Imaging Devices Corporation

**Defendant**

NEC Corporation

**Defendant**

NEC LCD Technologies Ltd

**Defendant**

IDT International Ltd

**Defendant**

International Display Technology Co Ltd

**Defendant**

International Display Technology USA Inc

**Defendant**

Hannstar Display Corporation

**Defendant**

Chunghwa Picture Tubes Ltd

| Date Filed | # | Docket Text |
|---|---|---|
| 03/20/2007 | 1 | COMPLAINT against Samsung Electronics Co Ltd, Samsung Semiconductor Inc, AU Optronics Corporation, AU Optronics Corporation America, Chi Mei Optoelectronics, Chi Mei Optoelectronics USA Inc, Sharp Corporation, Sharp Electonics Corporation, Matsushita Display Technology Co Ltd, Hitachi Ltd, Hitachi Displays Ltd, Hitachi America Ltd, Hitachi Electronic Devices USA Inc, Sanyo Epson Imaging Devices Corporation, NEC Corporation, NEC LCD Technologies Ltd, IDT International Ltd, International Display Technology Co Ltd, International Display Technology USA Inc, Chungwa Picture Tubes Ltd, Hannstar Display Corporation, LG Philips LCD Co Ltd, LG Philips LCD America Inc, LG Electronics Inc, Royal Philips Electronics NV ( filing fee $350, receipt number 941638) filed by Carman Pellitteri and Jeannie Pellitteri.(cper, ) (Entered: 03/21/2007) |
| 03/20/2007 | 2 | Summons Issued (Restricted Access) as to Defendants. (cper, ) (Entered: 03/21/2007) |
| 03/20/2007 | 3 | Local Rule 26.01 Answers to Interrogatories by Carman Pellitteri, Jeannie Pellitteri.(cper, ) (Entered: 03/21/2007) |
| 03/23/2007 | 5 | Case Reassigned to Judge Joseph F Anderson, Jr. Judge Patrick Michael Duffy no longer assigned to the case. (glev, ) (Entered: 03/23/2007) |
| 05/21/2007 | 7 | CONDITIONAL TRANSFER ORDER to transfer this case to the Northern District of California. (mnew, ) (Entered: 05/21/2007) |
| 06/07/2007 | 9 | CONDITIONAL TRANSFER ORDER (jwol, ) Modified on 9/20/2007 (jwol, ). (Entered: 06/07/2007) |
| 09/19/2007 | 10 | CERTIFIED TRANSFER ORDER (jwol, ) (Entered: 09/19/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/27/2007 19:39:10 | | | |
| PACER Login: | us4077 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:07-cv-00780-JFA |
| Billable Pages: | 2 | Cost: | 0.16 |